JS-6

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, a Minnesota Corporation; DYNASTY FOOTWEAR, LTD., a California Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 2:13-CV-00329 ABC (FFMx) <br><br> [~~PROPOSED~~] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE <br><br><br><br><br><br><br><br><br><br> **Hon. Audrey B. Collins** |

IT IS HEREBY ORDERED that this entire action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATE: February 10, 2014         By: _____
                                    Hon. Audrey B. Collins
                                    **United States District Judge**